AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:24-cv-535

## PROOF OF SERVICE

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)* SUMMIT PARTNERS, L.P. & NEW EXCELERATE, L.P.
was received by me on *(date)* 01/30/2024 .

❒ I personally served the summons on the individual at *(place)* ______ on *(date)* ______ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)* ______ , a person of suitable age and discretion who resides there, on *(date)* ______ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Erin White, Chief Compliance Officer , who is designated by law to accept service of process on behalf of *(name of organization)* Summit Partners, 222 Berkeley Street, 18th Floor, Boston, MA 02116 on *(date)* 01/31/2024 ; or

❒ I returned the summons unexecuted because ______ ; or

❒ Other *(specify):*

My fees are $ ______ for travel and $ ______ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 02/01/2024

[signature]
*Server's signature*

Cynthia Paris, Process Server
*Printed name and title*

Boston Process Server, LLC
P.O. Box 230261
Boston, MA 02123
617-480-8777
*Server's address*

Additional information regarding attempted service, etc:

Documents Served: Summons in a Civil Action; Complaint, Jury Trial Demand

Description: Caucasian, Female, 40's, 5' 7", 130 lbs, brown hair