February 14, 2024

**VIA CM/ECF**

Hon. Katharine H. Parker
United States District Court
Southern District of New York
500 Pearl Street, Room 750
New York, New York 10007

Re: *Goldstein v. Summit Partners, L.P., et al.,* No. 1:24-cv-535 (LAK) (KHP)

Dear Judge Parker:

Pursuant to Rule I.b of Your Honor's Individual Practices in Civil Cases, the parties in the above-captioned action respectfully submit this joint letter to request that the Initial Case Management Conference currently scheduled for April 23, 2024, be adjourned to a date, at the Court's convenience, on or after May 6, 2024.

All parties join this request, and this is the parties' second request for an extension of any deadline in this case. Yesterday, the parties requested the Court reschedule the Initial Case Management Conference so that it falls after Defendants' responses to the complaint. The parties thank the Court for its prompt attention to that request, but the Initial Case Management Conference, as currently scheduled, falls on the first full day of Passover and, as a result, multiple counsel cannot attend or participate for religious reasons. The requested extension and adjournment do not affect any other scheduled dates.

We thank the Court for its attention to this matter.

Respectfully submitted,

By: /s/ Michael J. Klein
Michael J. Klein
Jack G. Fruchter
ABRAHAM, FRUCHTER & TWERSKY, LLP
450 Seventh Avenue, 38th Floor
New York, NY 10123
Tel: (212) 279-5050

*Counsel for Plaintiff Steven Goldstein*

By: /s/ Stefan Atkinson
Stefan Atkinson, P.C.
Byron Pacheco
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, NY 10022
Tel: (212) 446-4800

*Counsel for Defendants Summit Partners, L.P. and New Excelerate, L.P.*

By: /s/ Michael D. Birnbaum

Michael D. Birnbaum
Jocelyn E. Greer
MORRISON & FOERSTER LLP
250 West 55th Street
New York, NY 10019
Tel: (212) 468-8000

*Counsel for Defendant a.k.a. Brands Holding Corp.*

Cc: All counsel of record