**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| STEVEN GOLDSTEIN,<br><br>            Plaintiff,<br><br>v.<br><br>SUMMIT PARTNERS, L.P., NEW EXCELERATE, L.P. and A.K.A. BRANDS HOLDING CORP.,<br><br>            Defendants. | Civil Action No. 1:24-cv-00535-LAK-KHP |

**NOTICE OF VOLUNTARY DISMISSAL**

Notice is hereby given that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Steven Goldstein voluntarily dismisses the above-captioned action against all Defendants. This notice of dismissal is being filed with the Court before service by Defendants of either an answer or a motion for summary judgment.

DATED: May 16, 2024

**ABRAHAM, FRUCHTER & TWERSKY LLP**

 s/ Michael J. Klein
Jack G. Fruchter
Mitchell M.Z. Twersky
Michael J. Klein
450 7th Avenue, 38th Floor
New York, New York 10123
Telephone: (212) 279-5050
jfruchter@aftlaw.com
mtwersky@aftlaw.com
mklein@aftlaw.com

*Attorneys for Plaintiff*