USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 05/17/2024

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------X

  STEVEN GOLDSTEIN,

                        Plaintiff,                    **24-CV-0535 (LAK) (KHP)**

             -against-                    **ORDER ADJOURNING INITIAL**
                                                   **CASE MANAGEMENT**
SUMMIT PARTNERS, L.P., et al.                    **CONFERENCE**

                        Defendants.
-------------------------------------------------------------------X

**KATHARINE H. PARKER, United States Magistrate Judge:**

In light of the Notice of Voluntary Dismissal filed on May 16, 2024 (doc. no 21) the Initial Case Management Conference currently scheduled for **June 10, 2024** is hereby adjourned *sine die*.

      **SO ORDERED.**

DATED:    New York, New York
               May 17, 2024

_____
KATHARINE H. PARKER
United States Magistrate Judge